U.S. POSTAGE PAID
CHARLOTTE, NC
28212
JUL 08, 10
AMOUNT
$2.24
00057423-06

27401

1000

Williams
Mission oaks St.
ols, NC 28083

Clerk
U.S. District Court
324 W. Market Street
Greensboro, NC 27401

2:00pm CB